UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MARYANN VERNIERI,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:16-CV-02062-JR<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the administrative law judge to give Plaintiff the opportunity for a new hearing; further consider the opinion evidence in the record, including the opinions of Scott Kaper, Ph.D., Jill Spendal, Psy.D., and State agency psychological consultant Bill Hennings, Ph.D., and explain the weight given; reevaluate evidence from other sources, including Shoshona Stokes, LPC; assess the materiality of substance use, if applicable; obtain evidence from a medical expert, if necessary; reevaluate Plaintiff's symptom testimony and residual functional capacity; and issue a new decision.

Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED this ___17___ day of ___Nov___, 2017.

_____
UNITED STATES M~~AGISTRATE~~ JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

JANICE E. HEBERT, La. Bar #20218
Assistant United States Attorney

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3858